UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL CARRANZA NAVA (2),<br><br>　　　　　　Defendant. | Criminal Case No. 00CR1968-02-IEG<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE, RECALLING ARREST WARRANT AND JUDGMENT |

　　Based upon the Motion filed by the United States of America, and good cause appearing therefor, it is hereby

　　ORDERED that the Indictment against RAFAEL CARRANZA NAVA, Defendant No. 2 in this action, is dismissed, with prejudice; it is further

　　ORDERED that the warrant for arrest issued on June 15, 2000 for RAFAEL CARRANZA NAVA is hereby recalled.

**DATED:  June 29, 2012**

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ**
　　　　　　　　　　　　　　　　　　**United States District Judge**